UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID CAREY : CHAPTER 13
      Debtor(s) :
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
      Movant :
 :
      vs. :
 :
DAVID CAREY :
      Respondent(s) : CASE NO. 5-21-bk-01841

<u>TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN</u>

    AND NOW, this 9th day of December, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. Debtor(s)' plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, the debtor has excess non-exempt equity in the following:

      a. Residential real estate. The Trustee has requested proof of the value of the debtor(s) home as stated in his schedules.

    2. Trustee avers that debtor(s)' plan cannot be administered due to the lack of the following:

      a. Proof of Claim for LA Funding.

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

      a. Deny confirmation of debtor(s) plan.
      b. Dismiss or convert debtor(s) case.
      c. Provide such other relief as is equitable and just.

                      Respectfully submitted:

                      Jack N. Zaharopoulos
                      Standing Chapter 13 Trustee
                      8125 Adams Drive, Suite A
                      Hummelstown, PA 17036
                      (717) 566-6097

      BY: /s/Agatha R. McHale
                Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this 9th day of December, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Cook, Esquire
2309 Macarthur Road
Whitehall, PA   18052-4523

                /s/Deborah A. Behney
                Office of Jack N. Zaharopoulos
                Standing Chapter 13 Trustee