IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | **Chapter 13** |
|     David Carey | : | **Case No. 5:21-bk-01841-MJC** |
|         Debtor | : |  |
|  | : |  |
| **LA COMMERCIAL SERVICES, LLC** | : |  |
|         Movant | : |  |
| v. | : |  |
| David Carey | : |  |
|         Debtor | : |  |

### NOTICE OF MOTION OF LA COMMERCIAL SERVICES LLC
### FOR RELIEF FROM STAY

    LA Commercial Services LLC has filed papers with the court seeking Relief from Stay with regard to real property known as 641 Cayuga Drive, Tobyhanna, PA 18466, to bring said real properties to tax sale, as may be required.

<u>**Your rights may be affected.**</u>

    You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)

    If you do not want the court to grant the Motion of LA Commercial Services LLC for Relief from Stay, or if you want the court to consider your views on the Motion of LA Commercial Services LLC for Relief from Stay, then on or before **May 18, 2022**, you or your attorney must:

        File a written Response/Objection at:
        Clerk, U.S. Bankruptcy Court
        274 Max Rosenn U.S. Courthouse
        197 South Main Street
        Wilkes-Barre, PA 18701

    If you mail your Response/Objection to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above **May 18, 2022**.

    You must also send a copy to:

        Robert J. Kidwell, Esquire

PO Box 511, 712 Monroe Street
Stroudsburg, PA 18360

    And attend the hearing scheduled to be held on 06/02/2022 at 09:30 am - U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: May 4, 2022

/s/ Robert J. Kidwell
Newman Williams, P.C.
Robert J. Kidwell, Esq.
Attorneys for Movant
P.O. Box 511, 712 Monroe Street
Stroudsburg, PA 18360
rkidwell@newmanwilliams.com
(570) 421-9090; fax: (570) 424-9739