## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS THAT,

WHEREAS, DAVID L. CAREY AND ANGELA CAREY, his wife, executed, acknowledged, and delivered onto LA COMMERCIAL SERVICES, LLC ("Assignor") a certain Mortgage dated October 26, 2010. In the original principal amount of $100,000.00 which was recorded in the Office of the Recorder of Deeds in and for Monroe County, Pennsylvania, to Instrument No. 201025763; Book 2378, Page 2597, (the "Mortgage"); Tax Parcel No. 3/7F/2/35.

NOW, THEREFORE, in consideration of the sum of $100,000.00 (amount of principal disbursement) paid to Assignor by JOHN G. MARTINES ("Assignee"), the receipt of which is hereby acknowledged, Assignor hereby grants, bargains, sells, assigns, transfers, and sets over unto Assignee, its, agents, successors, and assigns, all of Assignor's right, title, and interest in, to and under the Mortgage and the Note or obligation referred to in the Mortgage. This Assignment includes the benefit of any and all warrants of attorney contained in the Mortgage or the Note or obligation referred to in the Mortgage.

IN WITNESS WHEREOF, this Assignment has been duly executed on the day of 17th day of May, 2012.

LA COMMERCIAL SERVICES, LLC,
A PENNSYLVANIA LIMITED LIABILITY COMPANY BY ITS AUTHORIZED MEMBERS:

WITNESS:

_____
JOHN G. MARTINES

_____
LORI RUDALAVAGE

I certify that the address of the above-named Assignee is:

251 E. Grove Street
Clarks Green, PA 18411

LA COMMERCIAL HIGH YIELD FUND, LLC

By:_____

REC Book 2414 Page 10

## Exhibit A

**ALL THOSE CERTAIN** parcels of land situate in the Township of Coolbaugh, County of Monroe, Commonwealth of Pennsylvania, being known and designated as Lots Nos. 7225 and 7226, Section K, as shown on "Plotting of Pocono Farms, Inc., Coolbaugh Township, Monroe County, Pennsylvania, made by Bellante and Claus" and recorded in Monroe County, Pennsylvania, in Plot Book No. 20, Page 29.

Tax Parcel 3/7F/2/35

**BEING** the same premises which Washington Mutual Bank, by Special Warranty Deed dated January 25, 2008, and recorded May 13, 2008, in the Office of the Recorder of Deeds in and for the County of Monroe, Pennsylvania, in Book 2333, Page 3901, as Instrument No. 2008-14416, granted and conveyed unto James J. Bresset, in fee.

COMMONWEALTH OF PENNSYLVANIA  :
: ss
COUNTY OF LACKAWANNA  :

    On this, the 17th day of May, 2012, before me, a Notary Public, the undersigned officer personally appeared **JOHN G. MARTINES** and **LORI RUDALAVAGE**, who acknowledged themselves to be the authorized Members of **LA COMMERCIAL SERVICES, LLC, a Pennsylvania Limited Liability Company** and that they as such authorized Members, being authorized to do so, executed the foregoing instrument for the purposes herein contained by signing the name of the Limited Liability Company by themselves as such authorized members.

    IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

*Shannon M Bergamino*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Shannon M. Bergamino, Notary Public
City of Carbondale, Lackawanna County
My Commission Expires Aug. 27, 2014
Member, Pennsylvania Association of Notaries



# COUNTY OF MONROE

**RECORDER OF DEEDS**
7th & MONROE STREETS
STROUDSBURG, PA 18360
Area Code (570) 517-3969

Helen Diecidue - Recorder

Instrument Number - 201301392
Recorded On 1/14/2013 At 12:39:31 PM
* Instrument Type - ASSIGNMENT OF MORTGAGE
Invoice Number - 628882
* Grantor - CAREY, DAVID L
* Grantee - MARTINES, JOHN G
User - PAW
* Customer - LA COMMERCIAL SERVICES LLC
* FEES

| | |
|---|---|
| STATE WRIT TAX | $0.50 |
| JCS/ACCESS TO JUSTICE | $23.50 |
| RECORDING FEES | $13.00 |
| COUNTY ARCHIVES FEE | $2.00 |
| ROD ARCHIVES FEE | $3.00 |
| TOTAL PAID | $42.00 |

Book - 2414   Starting Page - 10
* Total Pages - 4

RETURN DOCUMENT TO:
LA COMMERCIAL SERVICES LLC
251 E GROVE STREET
CLARKS GREEN, PA 18411

TAX ID #
3/7F/2/35
Total Tax IDs: 1



I Hereby CERTIFY that this document is recorded in the Recorder's Office of Monroe County, Pennsylvania

*Helen Diecidue*

**THIS IS A CERTIFICATION PAGE**

# Do Not Detach

THIS PAGE IS NOW THE LAST PAGE
OF THIS LEGAL DOCUMENT

* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

03E34D

Book: 2414 Page: 13

PREPARED BY: JAMES V. FARERI, ESQUIRE

RETURN TO: JAMES V. FARERI, ESQUIRE
NEWMAN WILLIAMS, P.C.
712 MONROE STREET
PO BOX 511
STROUDSBURG, PA 18360

PROPERTY ADDRESS: 641 Cayuga Drive, Tobyhanna, PA
TAX CODE NO.: 3/7F/2/35

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **John G. Martines and LA Commercial High Yield Fund, LLC**, whose address is 251 East Grove Street, Clarks Summit, PA 18411 (Assignor), by these presents does convey, grant, sell, assign, transfer and set over the described Mortgage together with certain note(s) described therein together with all interest secured thereby, all liens, and any rights due or to become due thereon to **LA Commercial Services, LLC**, whose address is 180 Sunset Ave, Greenfield Twp, PA. 18407 (Assignee) said Mortgage dated October 26, 2010, in the amount of $100,000.00 made by **David L. Carey and Angela Carey, his wife** to **LA Commercial High Yield Fund, LLC** recorded on November 2, 2010, in the Office of Recorder of Deeds of Monroe County, Pennsylvania, in Record Book Volume 2378, Page 2597.

Mortgage Premises: 641 Cayuga Drive, Coolbaugh Township, Tobyhanna, PA 18466

In Witness Whereof, the said Corporation has caused this instrument to be executed in its corporate name by John G. Martines, Managing Partner and authorized signer, this 9 day of December 2020, **LA COMMERCIAL HIGH YIELD FUND, LLC.**

LA COMMERCIAL HIGH YIELD FUND, LLC

BY: _____
JOHN G. MARTINES, MANAGING PARTNER

COMMONWEALTH OF PENNSYLVANIA
                    ss:
COUNTY OF LACKAWANNA

On the ___9___ day of December 2020, before me, a Notary Public in and for said County and State, the undersigned officer, personally appeared **John G. Martines**, who acknowledged himself to be Managing Partner of **LA Commercial High Yield Fund, LLC**, and that he as such Managing Partner, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing the name of the corporation by himself as Managing Partner.

In Witness Whereof, I hereunto set my hand and official seal.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Tammy M. McGurrin, Notary Public
Lackawanna County
My commission expires July 26, 2024
Commission number 1108089
Member, Pennsylvania Association of Notaries

ASSIGNMENT OF MORTGAGE FROM:
LA COMMERCIAL HIGH YIELD FUND, LLC, WHOSE ADDRESS IS 251 EAST GROVE STREET, CLARKS SUMMIT, PA 18411 (Assignor),

to:

LA COMMERCIAL SERVICES, LLC, WHOSE ADDRESS IS 180 SUNSET AVE, GREENFIELD TWP, PA. 18407 (ASSIGNEE),

Mortgagors: David L. Carey and Angela Carey, his wife
Mortgage Premises: 641 Cayuga Drive, Coolbaugh Township, Tobyhanna, PA 18466

When Recorded Return to:
JAMES V. FARERI, ESQUIRE
NEWMAN WILLIAMS, P.C.
712 MONROE STREET
PO BOX 511
STROUDSBURG, PA 18360

The address of the within-named Assignee is:
180 Sunset Ave, Greenfield Twp, PA. 18407

_____
On behalf of Assignee

James V. Fareri, Esq.



# COUNTY OF MONROE

**RECORDER OF DEEDS**
**610 MONROE STREET**
**SUITE 125**
**STROUDSBURG, PA 18360**
Area Code (570) 517-3969

Josephine Ferro - Recorder

Instrument Number - 202031600
Recorded On 12/15/2020 At 10:11:30 AM
* Instrument Type - ASSIGNMENT OF MORTGAGE
Invoice Number - 811115
* Grantor - LA COMMERCIAL HIGH YIELD FUND LLC
* Grantee - LA COMMERCIAL SERVICES LLC
User - VNL
* Customer - NEWMAN WILLIAMS MISHKIN CORVELEYN WOLFE & FARERI PC
* FEES

Book - 2564   Starting Page - 2171
* Total Pages - 3

| | |
|---|---|
| STATE WRIT TAX | $0.50 |
| JCS/ACCESS TO JUSTICE | $40.25 |
| RECORDING FEES | $13.00 |
| COUNTY ARCHIVES FEE | $2.00 |
| ROD ARCHIVES FEE | $3.00 |
| TAX CODE CERTIFICATION FEES | $10.00 |
| TOTAL PAID | $68.75 |

RETURN DOCUMENT TO:
NEWMAN WILLIAMS MISHKIN CORVELEYN
WOLFE & FARERI PC
712 MONROE STREET PO BOX 511
STROUDSBURG, PA 18360

MC GIS Registry UPI Certification
On December 15, 2020 By AL

TAX ID #
3/7F/2/35
Total Tax IDs: 1



I Hereby CERTIFY that this document is recorded in the Recorder's Office of Monroe County, Pennsylvania

*Josephine Ferro*

**THIS IS A CERTIFICATION PAGE**

# Do Not Detach

THIS PAGE IS NOW THE LAST PAGE
OF THIS LEGAL DOCUMENT

* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

07252C

Book: 2564  Page: 2173