# LOCAL BANKRUPTCY FORM 4001-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DAVID CAREY

    :    **CHAPTER 13**
    :
    :    **CASE NO.** 5 - 21 -bk- 1841
    :
    :
    :

**Debtor(s)**     :

## POST-PETITION PAYMENT HISTORY
## NOTE AND MORTGAGE DATED October 26, 2010

Recorded on 11/2/2010 , in Monroe **County,** at Instrument No. 201025763 .

Property Address:

641 Cayuga Drive, Tobyhanna, PA 18466

Mortgage Servicer:

n/a

Post-petition mailing address for Debtor(s) to send payment:

251 East Grove Street, Clarks Summit, 18411

Mortgagor(s)/Debtor(s):

David Carey and Angela Carey, his wife

Payments are contractually due:

Monthly [✓]    Semi-monthly [ ]    Bi-weekly [ ]    Other _____

Each Monthly Payment is comprised of:
Principal and Interest....... $840.62
R.E. Taxes......................
Insurance......................
Late Charge...................
Other............................ (Specify: _____ )
**TOTAL**........................

**POST-PETITION PAYMENTS** (Petition was filed on August 20, 2021 )

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| 1/24/2022 | $840.62 | | 9/20/2021 | | |
| 1/24/2022 | $840.62 | | 10/20/2021 | | |
| 3/28/2022 | $840.62 | | 11/20/2021 | | |
| 3/28/2022 | $840.62 | | 12/20/2021 | | |
| 5/2/2022 | $840.62 | | 1/20/2022 | | |
| | | | 2/20/2022 | | |
| | | | 3/20/2022 | | |
| | | | 4/20/2022 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: _____3_____ as of _____April 2022_____.

TOTAL AMOUNT OF POST-PETITION ARREARS: _____$2521.86_____ as of _____April 2022_____.

Dated: _____5/4/2022_____

LA Commercial Services, LLC
_____
Mortgage Company

John G. Martines / Member
_____
(Print Name and Title)

(2)