IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re:<br>    David Carey<br>        Debtor<br><br>LA COMMERCIAL SERVICES, LLC<br>        Movant<br>v.<br>David Carey<br>        Debtor | Chapter 13<br>Case No. 5:21-bk-01841-MJC |

**ORDER**

AND NOW, upon consideration of the Motion of LA Commercial Services, LLC, for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Section 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 641 Cayuga Drive, Tobyhanna, PA 18466 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriffs Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.