IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **Chapter 13** |
| **DAVID CAREY** | : | **Case No. 5:21-bk-01841-MJC** |
| Debtor | : | |
| | : | |
| **LA COMMERCIAL SERVICES, LLC** | : | |
| Movant | : | |
| v. | : | |
| **DAVID CAREY** | : | |
| Debtor | : | |

## CERTIFICATE OF NONCONCURRENCE

I hereby certify that I contacted counsel for Debtor to obtain his concurrence of the instant motion. Such concurrence was not given. I request that an answer date be set for disposition of this motion for relief.

Dated: **May 4, 2022**    /s/ Robert J. Kidwell
                                  Robert J. Kidwell, Esquire