IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re:<br>    **David Carey**<br>        Debtor<br><br>**LA COMMERCIAL SERVICES, LLC**<br>        Movant<br>v.<br>**David Carey**<br>        Debtor | : : : : : : : : : : : | **Chapter 13**<br>**Case No. 5:21-bk-01841-MJC** |

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on    May 4, 2022, I served a copy of the Motion of LA Commercial Services LLC for Relief From Stay and Notice of Motion of LA Commercial Services LLC for Relief From Stay on the following parties in this matter:

| *Name and Address* | *Mode of Service* |
|---|---|
| Jack N. Zaharopoulos, Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | via ECF notification |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101 | via ECF notification |
| **David Carey**<br>641 Cayuga Dr<br>Tobyhanna, PA 18466-7983 | Regular First-Class Mail |
| **John Everett Cook**<br>2309 MacArthur Road<br>Whitehall, PA 18052 | Via ECF notification |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 4, 2022                        /s/ Robert J. Kidwell
                                                          Robert J. Kidwell, Esquire
                                                          Newman Williams, P.C.
                                                          Attorneys for Movant

PO Box 511, 712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090; fax (570) 421-6835
rkidwell@newmanwilliams.com